IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           No. 1:21-cr-01826-JB

MANUEL ULIBARRI,

        Defendant.

## ORDER

**THIS MATTER** is before the Court on *Defendant's Motion to Continue Conditions of Release*. Doc. 93. The United States opposed Defendant's motion. The Court, having reviewed the *Motion*, and having heard oral argument and having been otherwise duly advised, finds that the motion is not well taken and should be denied. For the reasons stated on the record at the hearing on September 29, 2023, the Court finds that the Defendant does not meet the requirements for release pending sentencing under 18 U.S.C. § 3142(a)(2).

**IT IS THEREFORE ORDERED** that *Defendant's Motion to Continue Conditions of Release (Doc. 93) is* **DENIED.** The conditions of release previously imposed are revoked and Defendant Manuel Ulibarri is remanded to the custody of the U.S. Marshal pending final disposition in this matter.

_____
UNITED STATES MAGISTRATE JUDGE